# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1063
LT Case No. 2016-CF-716

_____

STEVEN R. ROCHELLE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Steven R. Rochelle, DeFuniak Springs, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.

March 19, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____